No. 1504, Misc. RUBY *v.* SECRETARY OF THE UNITED STATES NAVY. C. A. 9th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Marshall* for respondent.

No. 1505, Misc. McCREARY *v.* NEBRASKA. Sup. Ct. Neb. Certiorari denied. *William G. Line* for petitioner.

No. 1508, Misc. HOPKINS *v.* TENNESSEE. Sup. Ct. Tenn. Certiorari denied. *William Earl Badgett* for petitioner. *George F. McCanless,* Attorney General of Tennessee, and *Edgar P. Calhoun,* Assistant Attorney General, for respondent.

No. 1515, Misc. HARRIS *v.* OHIO. Sup. Ct. Ohio. Certiorari denied.

No. 1517, Misc. TAYLOR *v.* ARIZONA. Sup. Ct. Ariz. Certiorari denied.

No. 1518, Misc. FERNANDEZ *v.* CALIFORNIA. Dist. Ct. App. Cal., 4th App. Dist. Certiorari denied.

No. 1520, Misc. MILLER *v.* CALIFORNIA ET AL. C. A. 9th Cir. Certiorari denied.

No. 1522, Misc. LEVY *v.* UNITED STATES. Ct. Cl. Certiorari denied. Petitioner *pro se. Solicitor General Marshall* for the United States.

No. 1527, Misc. TAYLOR *v.* VIRGINIA. Sup. Ct. App. Va. Certiorari denied.

No. 1530, Misc. KRZYZEWSKA *v.* ILLINOIS ET AL. C. A. 7th Cir. Certiorari denied.